**UNITED STATES DISTRICT COURT**         **CIVIL CONFERENCE**
**EASTERN DISTRICT OF NEW YORK**      **MINUTE ORDER**

BEFORE: STEVEN I. LOCKE             DATE:  7/28/26
        U.S. MAGISTRATE JUDGE         TIME:   10:45 am

CASE:  **CV 25-4008(SJB) Moss, III v. The Board of Education of the Brentwood Union Free School**
TYPE OF CONFERENCE:   INITIAL        FTR: 11:03-11:19

APPEARANCES:
       For Plaintiff: <u>William Moss (pro se) </u>

       For Defendant: <u>Caroline Lineen </u>

**THE FOLLOWING RULINGS WERE MADE:**

☐      Scheduling Order entered.

☐      The court has adopted and So Ordered the joint proposed scheduling order [    ]
      submitted by the parties.

☐      The Joint Pretrial Order is accepted for filing and the action is deemed ready for trial.
      The action will be tried in accordance with the discretion and the trial calendar of the
      District Judge.

☒      Other: Status/Initial conference held.  Discovery is stayed in all three of Plaintiff's
      presently pending cases:  23 CV 6751, 24 CV 8759, 25 CV 4008 until the motions to
      dismiss in each case are decided. The stay in being implemented for the reasons set forth
      on the record.  As a result, the motion to set a discovery schedule in 23 CV 6751, DE
      [50]. Is denied without prejudice until after the stay is lifted.  In 24 CV 8759, the motions
      for declaratory judgment and injunctive relief, DEs [107] & [111] are denied for the
      reasons set forth on the record.

                            SO ORDERED

                            /s/Steven I. Locke
                            STEVEN I. LOCKE
                            United States Magistrate Judge